UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DAVID P. STEPINSKI

        v.                                            CA 11-183 ML

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Martin on August 6, 2012 (Docket #12). No objection has been filed and the time for doing so has long passed.

The Court has reviewed the Report and Recommendation and hereby adopts it in its entirety.

Accordingly, Defendant's Motion to Affirm is GRANTED and Plaintiff's Motion to Reverse is DENIED.

SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
September 5, 2012